# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Medical Impact Company, LLC d/b/a Salud Education

**Plaintiff,**                                                    \*

                                                                 \*

**v.**                                                           Case No. _____

Meritus Medical Center, Inc.                                     \*

**Defendant.**                                                   \*

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒    Exhibit __1__ which is an attachment to __the Complaint (ECF No. 1)__

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐    _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to counsel and concurrently with service of the complaint upon the defendant's resident agent.

4/3/2026

Date

/s/ Allison M. Bortner

Signature

Allison Bortner (#19860)

Printed Name and Bar Number

1201 Wills St., Ste. 330

Address

AMBortner@duanemorris.com

Email Address

410 949-2900

Telephone Number

410 949 2901

Fax Number