**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MEDICAL IMPACT COMPANY, LLC
d/b/a Salud EDUCATION,

          Plaintiff,

      v.

MERITUS MEDICAL CENTER, INC.,

          Defendant.

Case No.: 1:26-cv-01327-ABA

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF/COUNTERCLAIM DEFENDANT MEDICAL IMPACT COMPANY, LLC
D/B/A SALUD EDUCATION TO ANSWER OR OTHERWISE
RESPOND TO THE COUNTERCLAIM**

Plaintiff/Counter-Defendant, Medical Impact Company, LLC d/b/a Salud Education ("Salud") with the consent of Defendant/Counter-Plaintiff, Meritus Medical Center, Inc. ("Meritus"), files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Counterclaim, and in support thereof states as follows:

1.    Meritus filed its Counterclaim with Jury Demand (ECF No. 10) on May 26, 2026 ("Counterclaim").

2.    Pursuant to Rules 12(a)(1)(B) and 12(b) of the Federal Rules of Civil Procedure, Salud's answer or other responsive pleading to the Counterclaim is currently due on or before June 16, 2026.

3.    Plaintiff/Counter-Defendant requests a modest, 14-day extension to respond to the Counterclaim because counsel requires additional time to review the allegations, investigate underlying facts, confer with the client, and evaluate potential defenses.

4.    This request is made in good faith and not for purposes of delay.

5.       The requested extension will not prejudice any party.

6.       On June 12, 2026, counsel for Meritus confirmed via phone and email to undersigned counsel for Salud that Meritus does not oppose the relief requested herein.

WHEREAS, Plaintiff/Counter-Defendant Salud respectfully requests a 14-day extension of time to answer or otherwise respond to the Counterclaim, up to and including June 30, 2026.

Dated this 12th day of June, 2026

Respectfully submitted,

/s/ Allison M. Bortner
Allison M. Bortner (Bar No. 19860)
Duane Morris, LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
Telephone: (410) 949-2900
AMBortner@duanemorris.com

*Attorneys for Plaintiff/Counter-Defendant
Medical Impact Company, LLC d/b/a Salud
Education*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 12th day of June 2026, all counsel of record are being served

with a copy of this document via the Court's CM/ECF system.

John J. Murphy, Esq. (Bar No. 14407)
9210 Corporate Boulevard, Suite 320
Rockville, Maryland 20850
(301) 519-9150 (office)
(301) 519-9152 (fax)
jmurphy@walkermurphy.com

*Attorney for Defendant/Counter-Plaintiff Meritus Medical Center, Inc*

<u>    /s/</u> Allison M. Bortner

3

DM1\301971099.1